1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  MEGAN T. HOPKINS, Bar #294141
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   STEVEN CARD

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  Case No.:  6:14-MJ-00130 MJS
                                       )
12            Plaintiff,               )
                                       )  MOTION TO CONTINUE INITIAL
13  vs.                                )  APPEARANCE AND ORDER
                                       )
14  STEVEN CARD,                       )  DATE:    April 21, 2015
                                       )  TIME     10:00 a.m.
15            Defendant.               )  JUDGE:   Hon. Mag. Judge Michael J. Seng
                                       )
16  _____)

17        The defendant, STEVEN CARD, through defendant's counsel, MEGAN T. HOPKINS,

18  hereby requests that the Court vacate the initial appearance hearing currently scheduled for

19  March 18, 2015, at 10:00 a.m., and to continue this hearing to April 21, 2015, at 10:00 a.m.

20        Mr. Card is currently at the Department of Veterans Affairs Southern Oregon

21  Rehabilitation Center in White City, Oregon receiving much-needed treatment for post-traumatic

22  stress disorder, substance abuse, and physical injuries sustained during his time in service.  Mr.

23  Card has been scheduled for eye surgery on March 17 - 18, 2015 at the Oregon facility, which

24  prevents him from travelling to Yosemite National Park for his initial appearance on that date.

25  He will resume his substance abuse counselling and other treatment on March 19, 2015 which

26  will conclude on April 10, 2015. The next available court date thereafter is April 21, 2015, and

27  Mr. Card will appear in Yosemite on that date with the intention of resolving this case. Mr. Card

28  is scheduled to continue with his next phase of treatment at a VA facility located in Washington

1   following the resolution of this case, with the admission date yet to be determined.

2

3                                          Respectfully submitted,

4                                          HEATHER E. WILLIAMS
                                           Federal Defender
5

6   Date: March 11, 2015                   /s/ Megan T. Hopkins
                                           MEGAN T. HOPKINS
7                                          Assistant Federal Defender
                                           Attorneys for Defendant
8                                          STEVEN CARD

9

10                                    **ORDER**

11           The requested continuance is granted based upon Defense counsel's representations as to

12  Defendant's schedule of ongoing medical care and the Court's *in camera* review of

13  corroborating medical records.

14

15  IT IS SO ORDERED.

16

17      Dated:   March 13, 2015            /s/ *Michael J. Seng*

18                                         UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28