Susan St. Vincent
Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN CHRISTOPHER CARD,<br><br>Defendant. | DOCKET NO. 6:14-mj-130-MJS<br><br>**AFFIDAVIT OF FIRST AMENDED ALLEGED PROBATION VIOLATION(S)**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

    I, Matthew McNease, Acting Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

    I am the legal officer in Yosemite National Park and serve as the prosecutor for misdemeanor matters arising in the park.  I have been so employed for four years.

    In the normal course of my duties, I and other individuals acting in a similar capacity, in my office regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite. While conducting a status review for defendant Steven Christopher CARD I learned the below information.

    Defendant, Steven Christopher CARD, was arrested October 2, 2014, in Yosemite National Park and charged with five counts in a Criminal Complaint: Count 1:

1

DUI; Count 2: DUI>.08; Count 3: Possessing an open container of alcohol in a vehicle; Count 4: Driving on a suspended license behind a DUI conviction; Count 5: Not having properly working lighting equipment on his vehicle. CARD plead guilty on April 21, 2015, to Count 2: DUI>.08 ,Count 3: Open container, and Count 4: Driving on a suspended license, and was sentenced to the following: 36 months of unsupervised probation, pay a $1,000 fine at a rate of $50 a month, complete 100 hours of community service at a rate of 5 hours a month, complete the DMV multi-offender course, complete an in-patient treatment program, not consume any alcohol or illicit drugs, provide a status report to this Court every 60 days certified by CARD's wife, obey all laws, and report new law violations.  A review hearing was set for July 19, 2016 at 10:00 AM.

The Government alleges Steven Christopher CARD has violated the following condition(s) of his unsupervised probation:

CHARGE ONE:     FAILURE TO COMPLY WITH REPORTING REQUIREMENT

CARD was ordered to provide a status report to this Court every 60 days, certified by Michelle Lussier. To date, CARD should have filed five reports. CARD has filed three reports, one of which has been certified by Ms. Lussier.

CHARGE TWO:     FAILURE TO COMPLY WITH COMMUNITY SERVICE ORDER

CARD was ordered to complete 100 hours of community service at a rate of 5 hours per month. To date, CARD should have completed 55 hours. CARD has provided proof of 14.75 hours.

CHARGE THREE:   FAILURE TO ABSTAIN FROM ALCOHOL CONSUMPTION

CARD was ordered to abstain from alcohol consumption while on probation. Michelle Lussier, who was ordered to certify CARD's reports, has stated that CARD has consumed alcohol on numerous occasions after being sentenced in Yosemite National Park.

I declare under penalty of perjury the information which I have set forth above and on the face of this Affidavit of Alleged Probation(s) is true to the best of my knowledge.

1  5/3/2016
   Date                                              Matthew McNease
2                                                    Acting Legal Officer
                                                     Yosemite National Park, CA
3

4         Sworn to before me and subscribed in my presence in Yosemite National Park,

5  California.

6

7  5/3/16
   Date                                              Honorable Michael J. Seng
8                                                    U. S. Magistrate Judge
                                                     Eastern District of California
9

3