FILED
AUG 30 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>STEVEN CARD,<br><br>    Defendant. | No. 6:14-mj-00130-MJS<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on August 30, 2017, to 29 days in custody (TIME SERVED),

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH. A Judgment and Commitment order to follow.

IT IS SO ORDERED.

DATED: August 30, 2017

_____
Jennifer L. Thurston, U.S. Magistrate Judge

Order of Release - 1